

**FILED**

SEP -3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA        )    10-SW-378 GGH; 10-SW-379 GGH
                                    )    and 10-MJ-264 GGH
10                    Plaintiff,    )
                                    )
11           v.                     )    ORDER TO UNSEAL
                                    )
12   [SEALED]                       )
                                    )
13                    Defendant.    )
                                    )
14  _____)

                           UNSEALING ORDER
15

16       Upon application of the United States of America and good cause

    having been shown,
17

18       IT IS HEREBY ORDERED that the documents in the above referenced

    case, that is 10-SW-378 GGH; 10-SW-379 GGH; and 10-MJ-264 GGH, are,
19

    hereby ordered UNSEALED.
20

21  DATED: September  3 , 2010

22

23  

                          GREGORY G. HOLLOWS
24                        _____
                          HONORABLE GREGORY G. HOLLOWS
25                        United States Magistrate Judge

26

27

28

                                  1