```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2781
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )
                                   )  Mag. No. 2:10-0264 GGH
12              Plaintiff,         )
                                   )  STIPULATION AND ORDER
13         v.                      )  CONTINUING PRELIMINARY HEARING
                                   )  AND EXCLUDING TIME
14  ROBERT RONNING,                )
                                   )
15              Defendant.         )
    _____)
16
17       IT IS HEREBY STIPULATED by and between Assistant United States
18  Attorney Jill M. Thomas, counsel for the plaintiff, and defendant
19  Robert Ronning, by and through his counsel, Adam J. Stewart and John
20  P. Carty, Esq., of the Law Offices of Moorad, Clark & Stewart, that
21  good cause exists to extend the preliminary hearing currently set
22  for September 17, 2010, at 2:00 p.m. to November 19, 2010, at 2:00
23  p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).
24       Good cause exists to extend the time for the preliminary
25  hearing for sixty days within the meaning of Rule 5.1(d) because the
26  parties are close to a pre-indictment resolution of the case against
27  the defendant. The defendant agrees that a continuance of the
28  preliminary hearing date will not prejudice him because a pre-
```

1

indictment resolution could result in an overall sentencing exposure that is significantly reduced. Both counsel believe a resolution on this case may occur within the next month.

Counsel further stipulate that an exclusion of time from September 3, 2010, to November 19, 2010, is appropriate under the Speedy Trial Act because the government will promptly provide discovery to the defendant's counsel, and the government will need time to prepare and finalize the plea agreement for defense counsel, and for the defense counsel to review the draft plea agreement and discuss its implications with the defendant. As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

Dated: September 10, 2010      /s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney

Dated: September 10, 2010      /s/ John P. Carty
JOHN P. CARTY, ESQ.
Co-Counsel for defendant
ROBERT RONNING

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based upon the representations by counsel and the stipulation |
| 3 | of the parties, **IT IS HEREBY ORDERED** that: |
| 4 | 1. The Court finds good cause to extend the Preliminary |
| 5 | Hearing currently set for September 17, 2010, to November 19, 2010, |
| 6 | at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d); |
| 7 | 2. Based upon the above representations and stipulation of |
| 8 | the parties, the Court further finds that the ends of justice |
| 9 | outweigh the best interest of the public and the defendant in a |
| 10 | speedy trial. Accordingly, time under the Speedy Trial Act shall be |
| 11 | excluded through November 19, 2010. |
| 12 | IT IS SO ORDERED. |

Date: September 14, 2010

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ronning.eot