Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
ROBERT RONNING

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT RONNING,<br><br>　　　　　Defendant. | No. 2:10-MJ-0264 GGH<br><br>**STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Robert Ronning, that the previously-scheduled preliminary hearing date of February 3, 2011, be vacated and the matter set for preliminary hearing on May 12, 2011.

　　　　This continuance is requested to allow counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

　　　　Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through May 12, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to

/ / / / /

/ / / / /

/ / / / /

1

**Stipulation and [Proposed] Order to Continue Preliminary Hearing**

Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense counsel to prepare].

Dated: January 27, 2011               Respectfully submitted,

                                                   /s/ Michael E. Hansen  
                                                 MICHAEL E. HANSEN  
                                                 Attorney for Defendant  
                                                 ROBERT RONNING

Dated: January 27, 2011               U.S. ATTORNEY'S OFFICE

                                                 /s/ Michael E. Hansen for  
                                                 JILL THOMAS  
                                                 Assistant U.S. Attorney  
                                                 Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the previously-scheduled preliminary hearing date of February 3, 2011, be vacated and the matter set for preliminary hearing on May 12, 2011. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: January 31, 2011               /s/ Gregory G. Hollows  
                                               _____  
                                               GREGORY G. HOLLOWS  
                                               United States Magistrate Judge

**Stipulation and [Proposed] Order to Continue Preliminary Hearing**