Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
ROBERT RONNING

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ROBERT RONNING,<br><br>                    Defendant. | No. 2:10-MJ-0264 GGH<br><br>**STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Robert Ronning, that the previously-scheduled preliminary examination date of May 12, 2011, be vacated and the matter set for preliminary examination on August 9, 2011.

This continuance is requested to allow counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 9, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to

/ / / / /

/ / / / /

/ / / / /

**Stipulation and Order to Continue Preliminary Examination**

Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense counsel to prepare].

Dated:  May 3, 2011                              Respectfully submitted,


                                                 /s/ Michael E. Hansen
                                                 MICHAEL E. HANSEN
                                                 Attorney for Defendant
                                                 ROBERT RONNING


Dated:  May 3, 2011                              U.S. ATTORNEY'S OFFICE


                                                 /s/ Michael E. Hansen for
                                                 JILL THOMAS
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff


## ORDER

IT IS HEREBY ORDERED that the previously-scheduled preliminary hearing date of May 12, 2011, be vacated and the matter set for preliminary examination on August 9, 2011. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated:   May 3, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation and Order to Continue Preliminary Examination**